**Jasper BIRDSONG, Appellant, v. STATE, Appellee.**

**No. 19875.**

Court of Criminal Appeals of Texas.

May 11, 1938.

Joseph L. Dunigan, of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for assault with a prohibited weapon; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.